| | |
|---|---|
| DEFENDANT: | DERRICK PATRICK BERNARD, JR., a/k/a "Phoenixx Ugrilla," |
| AGE/YOB: | 35/1989 |
| COMPLAINT FILED? | _____ Yes    ____X___ No |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | ____ Yes    __X__ No |
| OFFENSE(S): | Count 1: 18 U.S.C. § 371– Conspiracy to commit offense or to defraud United States |
| | Count 2: 18 U.S.C. §§ 844(e), 2 – using instrumentalities of interstate commerce to maliciously convey false information to intimidate someone by means of fire |
| LOCATION OF OFFENSE: | El Paso County, Colorado |
| PENALTY: | Count 1: NMT 5 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment. |
| | Count 2: NMT 10 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment. |
| AGENT: | Ethan Doherty, SA FBI |
| AUTHORIZED BY: | Bryan D. Fields, Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

   X    five days or less; ___ over five days

THE GOVERNMENT:

   X     will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and/or (f)(2).

_____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.