AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br><br>1. DERRICK PATRICK BERNARD, JR.,<br>a/k/a "Phoenixx Ugrilla,"<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-cr-320-RMR-1 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DERRICK PATRICK BERNARD, JR.,  a/k/a "Phoenixx Ugrilla,"                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 371– Conspiracy to commit offense or to defraud United States

Count 2: 18 U.S.C. §§ 844(e), 2 – using instrumentalities of interstate commerce to maliciously convey false information to intimidate someone by means of fire

Date: 11/06/2024                                            s/ A. Garcia Garcia - Deputy Clerk
                                                                           *Issuing officer's signature*

City and state: Denver. Colorado                      Jeffrey P. Colwell - Clerk of Court
                                                                           *Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                  _____
                                                                           *Arresting officer's signature*

                                                                           _____
                                                                           *Printed name and title*