IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DERRICK PATRICK BERNARD, JR.,
    a/k/a "Phoenixx Ugrilla,"

2. ASHLEY DANIELLE BLACKCLOUD,
    a/k/a Ashley Hernandez, a/k/a "Trinity Black Cloud,"

3. DEANNA CRYSTAL WEST,
    a/k/a "Vital Sweetz," a/k/a "Sage West,"

    Defendants.

## MOTION TO RESTRICT INDICTMENT

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves the Court for an Order restricting the Indictment and Arrest Warrants in this matter at a Level 3, which would make it viewable by "the filer and the Court" only, as well as this Motion and any Order issued by the Court with regard to this Motion, and as grounds therefore submits the following:

    1.    Said Indictment, Arrest Warrants, and this Motion have been filed as a part of a continuing investigation.

    2.    The release of the information in the Indictment, Arrest Warrants, and this Motion may substantially jeopardize the ongoing investigation based on

concerns of destruction of evidence, flight from prosecution, and other obstructive conduct.

WHEREFORE, it is respectfully requested that the Indictment, Arrest Warrants in this matter, as well as this Motion, be restricted until further Order of the Court.

Respectfully submitted this 6day of November, 2024.

                                Mathew T. Kirsch
                                Acting United States Attorney

By: *s/Bryan Fields*
     Assistant United States Attorney
     U.S. Attorney's Office
     1801 California Street, Suite 1600
     Denver, CO  80202
     Telephone: (303) 454-0100
     Fax:  (303) 454-0401
     e-mail:  bryan.fields3@usdoj.gov
     Attorney for the Government