IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DERRICK PATRICK BERNARD, JR.,
    a/k/a "Phoenixx Ugrilla,"

2. ASHLEY DANIELLE BLACKCLOUD,
    a/k/a Ashley Hernandez, a/k/a "Trinity Black Cloud,"

3. DEANNA CRYSTAL WEST,
    a/k/a "Vital Sweetz," a/k/a "Sage West,"

    Defendants.

## ORDER TO RESTRICT INDICTMENT

The Court has for consideration the Government's Motion to Restrict wherein the Government asks this Court to restrict the Indictment in the above-referenced case. Upon consideration,

IT IS ORDERED that the Indictment and Arrest Warrant are hereby restricted at a Level 3 until further Order of the Court.

IT IS SO ORDERED on this 6th day of November, 2024.

                                              BY THE COURT:

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE
                                              DISTRICT OF COLORADO