IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:24-cr-00320-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DERRICK BERNARD, JR.,

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce Derrick Bernard, Jr., YOB: 1989, Booking number 2300008313, now confined in the El Paso County Jail, before a United States District Judge forthwith to appear for proceedings in the above-referenced and pending case; and to hold said Defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case, return said Defendant to the institution where he was confined, under safe and secure conduct.

SO ORDERED this 7th day of November, 2024.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO