IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00320-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DERRICK PATRICK BERNARD, JR.,
    a/k/a "Phoenixx Ugrilla,"

2. ASHLEY DANIELLE BLACKCLOUD,
    a/k/a Ashley Hernandez, a/k/a "Trinity Black Cloud,"

3. DEANNA CRYSTAL WEST,
    a/k/a "Vital Sweetz," a/k/a "Sage West,"

    Defendants.

## MOTION TO UNRESTRICT RESTRICT INDICTMENT AND CASE

    The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves the Court for an Order unrestricting the Indictment, Arrest Warrants, and other documents in this case and as grounds therefore submits the following:

    1.    The Grand Jury returned the Indictment in this matter on November 6, 2024. Arrest warrants were issued that same day.

    2.    On Thursday, November 7, 2024 law enforcement executed the arrest warrant for Ashley Blackcloud. The snow storm and the Federal holiday mean that she will make her initial appearance at 2:00 today.

3. Derrick Bernard, Jr., was found guilty of murder and sentenced to life in prison by a state court on November 7, 2024. A order for a writ of habeas corpus ad prosequendum has been issued and the government expects his transfer into federal custody.

4. Deanna West remains at large. However she is represented by counsel and the government seeks authority to share the Indictment and Arrest Warrant so that she may have the opportunity to self-surrender.

WHEREFORE, it is respectfully requested that the Indictment, Arrest Warrants in this matter, as well as this Motion and all other matters in this docket, be unrestricted.

Respectfully submitted this 12day of November, 2024.

    Mathew T. Kirsch
    Acting United States Attorney

By: *s/Bryan Fields*
    Assistant United States Attorney
    U.S. Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0401
    e-mail: bryan.fields3@usdoj.gov
    Attorney for the Government