IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00320-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DERRICK PATRICK BERNARD, JR.,
    a/k/a "Phoenixx Ugrilla,"

2. ASHLEY DANIELLE BLACKCLOUD,
    a/k/a Ashley Hernandez, a/k/a "Trinity Black Cloud,"

3. DEANNA CRYSTAL WEST,
    a/k/a "Vital Sweetz," a/k/a "Sage West,"

    Defendants.

## ORDER TO UNRESTRICT INDICTMENT AND CASE

The Court has for consideration the Government's Motion to unrestrict wherein the Government asks this Court to urestrict the case, including the Indictment in the above-referenced case. Upon consideration,

IT IS ORDERED that the case and the documents within it are unrestricted.

IT IS SO ORDERED on this 12th day of November, 2024.

                BY THE COURT:

                _____
                UNITED STATES DISTRICT JUDGE
                DISTRICT OF COLORADO