IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:24-cr-00320-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DERRICK PATRICK BERNARD, JR.,
    a/k/a "Phoenixx Ugrilla,"

2. ASHLEY DANIELLE BLACKCLOUD,
    a/k/a Ashley Hernandez, a/k/a "Trinity Black Cloud,"

3. DEANNA CRYSTAL WEST,
    a/k/a "Vital Sweetz," a/k/a "Sage West,"

Defendants.

## ENTRY OF APPEARANCE

A. Tyrone Glover Jr, of TYRONE GLOVER LAW, LLC, an attorney in good standing and duly licensed to practice before this Honorable Court, hereby enters his appearance as counsel of record for the Defendant, Derrick Patrick Bernard, Jr.

Respectfully submitted this November 26, 2024.

                              TYRONE GLOVER LAW, LLC

                              *s/ A. Tyrone Glover Jr*
                              A. Tyrone Glover Jr #41529
                              TYRONE GLOVER LAW, LLC
                              2590 Walnut Street

Denver, CO 80205
tyrone@tyroneglover.com
Phone: 303-577-1655

Case No. 1:24-cr-00320-RMR   Document 50   filed 11/26/24   USDC Colorado   pg 2 of 3

### CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024, a true and correct copy of the foregoing Entry of Appearance was served via Colorado Courts E-Filing to the parties of record.

TYRONE GLOVER LAW, LLC

*s/ A. Tyrone Glover Jr*

_____

A. Tyrone Glover Jr