**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:24-cr-00320-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

    **1.  DERRICK PATRICK BERNARD, JR.,
          a/k/a "Phoenixx Ugrilla,"**

    **2.  ASHLEY DANIELLE BLACKCLOUD,
          a/k/a Ashley Hernandez, a/k/a "Trinity Black Cloud,"**

      Defendants.

---

## JOINT TRIAL WITNESS LIST

---

      The United States of America, along with the Defendants, respectfully submits this Joint Trial Witness List, which takes into account the Court's pre-trial rulings on May 13, 2025. This matter continues to be set for trial on May 19, 2025.

      The times noted for defense cross-examination continue to be the government's estimate. The government does not understand its estimate to in any way preclude what defense counsel may determine to be an appropriate length of cross-examination.

Dated this 15th day of May, 2025.


J. BISHOP GREWELL
Acting United States Attorney

By: */s/ Bryan Fields*
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
Email: Bryan.Fields3@usdoj.gov
Attorney for the Government

By: */s/ Candyce Cline*
Candyce Cline
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
Email Candyce.Cline@usdoj.gov
Attorney for the Government

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May, 2025, I electronically filed the foregoing **UNITED STATES' AMENDED TRIAL WITNESS LIST** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all e-mail addresses of record.

By: _s/ Jessie Zabriskie_

Jessie Zabriskie
Legal Assistant
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202