**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Regina Rodriguez**

CASE NO. 24-cr-00320-RMR                     DATE: 05/19/2025

CASE CAPTION: USA v. Derrick Bernard Jr., et al,

**JOINT FINAL WITNESS LIST**

| | PARTY | WITNESS NAME AND DESCRIPTION/TITLE | AREA OF TESTIMONY | DATE | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|---|---|---|---|
| | | | | | Direct | Cross | Total |
| 1. | USA | Yemi Mobolade | Victim | 05/19/25 to 5/20/25 | 45 | 45 | 90 |
| 2. | USA | Abbey Mobolade | Victim | 05/19/25 to 5/20/25 | 15 | 15 | 30 |
| 3. | USA | Tanesha Love | Search Warrant | 05/20/25 | 20 | 20 | 40 |
| 4. | USA | Curt Maleri | Cellebrite | 05/20/25 | 15 | 15 | 30 |
| 5. | USA | Diana Wright | Chemist – Paint | 05/20/25 | 30 | 30 | 60 |
| 6. | USA | David McCollam | Chemist – Fire | 05/20/25 | 30 | 30 | 60 |
| 7. | USA | Deanna West | Codefendant | 05/21/25 | 60 | 60 | 120 |
| 8. | USA | Caleb Payne | Surveillance | 05/21/25 | 10 | 10 | 20 |
| 9. | USA | Marcy Plaza | DNA | 05/21/25 | 30 | 30 | 60 |
| 10. | USA | Christopher Iber | Photogrammetry | 05/21/25 | 30 | 30 | 60 |
| 11. | USA | Shawna Partridge | Video | 05/21/25 | 20 | 20 | 40 |
| 12. | USA | Maureen Gibson | CAST | 05/22/25 | 45 | 45 | 90 |
| 13. | USA | Ethan Doherty | Case Records | 05/22/25 | 90 | 90 | 180 |
| 14. | Ashley Blackcloud | Michael Martin | Discovery of cross burned, impeachment | 05/22/25 | 15 | 15 | 30 |
| 15. | Ashley Blackcloud | Nicole Fields | Discovery of cross burned, impeachment | 05/22/25 | 15 | 15 | 30 |

| | PARTY | WITNESS NAME AND DESCRIPTION/TITLE | AREA OF TESTIMONY | DATE | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|---|---|---|---|
| | | | | | Direct | Cross | Total |
| 16. | Ashley Blackcloud | Nicole Cicak | Discovery of cross burned, impeachment | 05/22/25 | 15 | 15 | 30 |
| 17. | Ashley Blackcloud | Thomas Thompson | Discovery of cross burned, impeachment | 05/23/25 | 15 | 15 | 30 |
| 18. | Ashley Blackcloud | Det. Nathan Jorstad | Investigation of cross burning, impeachment | 05/23/25 | 15 | 15 | 30 |
| 19. | Ashley Blackcloud | Sgt. Dan Carter | Investigation of cross burning, impeachment | 05/23/25 | 15 | 15 | 30 |
| 20. | Ashley Blackcloud | Chief Adrian Vasquez | Investigation of cross burning, impeachment | 05/23/25 | 15 | 15 | 30 |
| 21. | | | | | | | |
| 22. | | | | | | | |
| 23. | | | | | | | |