IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:24-cr-00320-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DERRICK PATRICK BERNARD,

    Defendant.

---

**MOTION TO DETERMINE MR. BERNARD'S COMPETENCY TO PROCEED**

---

    Defendant Derrick Patrick Bernard, Jr., by and through undersigned counsel, hereby respectfully moves for a hearing to determine Mr. Bernard's competency to proceed pursuant to 18 U.S.C. § 4241(a). Counsel further requests that a psychological or psychiatric examination of Mr. Bernard be conducted prior to such hearing and that a report of that examination be filed with the Court pursuant to 18 U.S.C. §§ 4241(b) and 4247(b) and (c).

    The grounds in support of this motion are set forth in a separate pleading to be filed *ex parte* and under restriction simultaneously with this pleading.

    Respectfully submitted this 24th day of July 2025.

                                                        TYRONE GLOVER LAW, LLC

                                                        *s/ A. Tyrone Glover*
                                                        A. Tyrone Glover
                                                        2590 Walnut Street
                                                        Denver, CO 80205
                                                        303-577-1655
                                                        tyrone@tyroneglover.com

                                                        *Counsel for Defendant Derrick Patrick Bernard, Jr.*

CERTIFICATE OF SERVICE

I certify that on July 24, 2025, I filed the foregoing **MOTION TO DETERMINE MR. BERNARD'S COMPETENCY TO PROCEED** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to United States Attorney assigned to this matter.

TYRONE GLOVER LAW, LLC

s/ A. Tyrone Glover
A. Tyrone Glover
2590 Walnut Street
Denver, CO 80205
303-577-1655
tyrone@tyroneglover.com

*Counsel for Defendant Derrick Patrick Bernard, Jr.*