IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00320-RMR-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.  DERRICK PATRICK BERNARD

    Defendants.

**GOVERNMENT'S MOTION TO CONTINUE HEARING REGARDING DEFENDANT'S COMPETENCY**

Assuming that the documents submitted *ex parte* at ECF No. 216 provide a preliminary basis for defense counsel's assertion that the defendant is not competent to proceed (which the government has no reason to doubt, given defense counsel's representations as an officer of the Court), the government agrees that he should be examined according to the procedures set forth at 18 U.S.C. §§ 4241 and 4247. The interests of justice are not served by prosecution of someone who is not competent.

The attorneys on record for the government in this case have long-established plans to be away the week of August 6, 2025 to spend time with their respective families. While both understand that professional duty and obligations take precedence --- one or both can make arrangements to attend on August 6 --- the government respectfully proposes the following alternatives: (1) an *ex parte* hearing at which the government is excused permitting defense counsel to proffer the basis for his believe that the defendant is not competent, or (2) a continuance moving the currently scheduled hearing to the week of August 18, 2025.

Undersigned counsel have consulted with counsel for the defendant. The government

1

proposed a third possibility — an expedited hearing before a magistrate judge either tomorrow or Wednesday, as allowed by D.C.Colo.LCrR57.1 — but counsel for the defendant is unavailable on those days. Counsel for the defendant does not oppose a continuance to the week of August 18, 2025.

                              Respectfully submitted,

                              PETER MCNEILLY
                              United States Attorney

| By: */s Bryan Fields* | By: /s *Candyce Cline* |
|---|---|
| Bryan Fields | Candyce Cline |
| Assistant United States Attorney | Assistant United States Attorney |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 1801 California St. Suite 1600 | 1801 California St. Suite 1600 |
| Denver, CO 80202 | Denver, CO 80202 |
| (303) 454-0100 | (303) 454-0100 |
| Bryan.Fields3@usdoj.gov | Candyce.Cline@usdoj.gov |
| Attorney for the Government | Attorney for the Government |

**CERTIFICATE OF SERVICE**

        I hereby certify that on 21st day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

        *s/ Bryan Fields*
        United States Attorney's Office