**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:24-cr-00320-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DERRICK PATRICK BERNARD,

    Defendant.

---

**MOTION TO WITHDRAW AND
REQUEST FOR APPOINTMENT OF SUBSTITUTE COUNSEL**

---

    A. Tyrone Glover Jr., hereby respectfully moves to withdraw from representation of Mr. Derrick Patrick Bernard, Jr. In addition, Mr. Bernard requests appointment of substitute counsel from the Criminal Justice Act ("CJA") panel. In support thereof, counsel states as follows:

    1. Colorado Rule of Professional Conduct ("CRPC") 1.16 mandates withdrawal from representation with leave of the court for certain enumerated reasons. Rule 1.16(a)(3) provides that "a lawyer . . . shall withdraw from the representation of a client if . . . the lawyer is discharged." Application note 4 to that Rule recognizes that a "client [may] discharge a lawyer at any time, with or without cause."

    2. On November 28, 2025, Mr. Bernard submitted documents directly to this Court seeking removal of undersigned counsel. Pursuant to Local Rule D.C.COLO.LAttyR 5(a)(5), because Mr. Bernard is a represented party, the Clerk of Court did not file these documents and instead forwarded them to undersigned counsel.

3. In his submission to the Court, Mr. Bernard *unequivocally and unambiguously* requests the removal of undersigned counsel. Additionally, Mr. Bernard's submission contains certain statements and allegations concerning undersigned counsel's representation with which counsel vehemently disagrees. These disputed assertions have created an irreconcilable conflict between counsel and client that cannot be remedied.

4. The nature and substance of Mr. Bernard's motion have irreparably fractured the attorney-client relationship such that effective representation is no longer possible. Even were Mr. Bernard to withdraw his request for counsel's removal, the fundamental breakdown in trust and confidence occasioned by his assertions precludes the continuation of a productive attorney-client relationship.

5. Undersigned counsel is ethically constrained from disclosing to this Court the specific substance of the documents Mr. Bernard attempted to file. Such disclosure would potentially implicate attorney-client privilege and counsel's duties of confidentiality under CRPC 1.6., unless the Court orders such disclosure, or Mr. Bernard provides express written consent authorizing counsel to file his motion with the Court.

6. Appointment of alternative CJA counsel at this juncture remains appropriate, as Mr. Bernard is presently incarcerated, remains indigent, and continues to be constitutionally entitled to appointed counsel in this matter.

7. Should the Court elect to conduct a hearing on this motion to withdraw and/or Mr. Bernard's request for substitute counsel, undersigned counsel respectfully requests that such hearing be scheduled at the earliest practicable date to minimize any delay occasioned by these requests.

**WHEREFORE**, for the foregoing reasons, undersigned counsel respectfully moves this Court to grant leave to withdraw from representation of Defendant Derrick Patrick Bernard, Jr., and requests that the Court appoint substitute counsel from the CJA panel.

Respectfully submitted this December 3, 2025.

                                                  TYRONE GLOVER LAW, LLC

                                                  *s/ A. Tyrone Glover*
                                                  A. Tyrone Glover #41529
                                                  2590 Walnut Street
                                                  Denver, CO 80205
                                                  303-577-1655
                                                  tyrone@tyroneglover.com

                                                  *Counsel for Defendant Derrick Patrick Bernard, Jr.*

## Certificate of Service

I hereby certify that on December 3, 2025, a true and correct copy of the foregoing MOTION TO WITHDRAW AND REQUEST FOR APPOINTMENT OF SUBSTITUTE COUNSEL was electronically filed with the Clerk of the Court through the Court's CM/ECF system, which shall provide notice and copy hereof upon all parties.

s/ A. *Tyrone Glover Jr.*
A. Tyrone Glover Jr.  #41529
