RECEIVED FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 8 2025

JEFFREY P. COLWELL
CLERK

## Statement For Record

12-7-2025

Honorable Court,

I would like to further clarify for this court: the assigned Judicial officer that I'm requesting a conflict hearing be done "Ex Parte" by an uninterested or involved officer of the court please. I will be willing to waive attorney-client privelage confidentiality for the purposes of said hearing, am requesting that my Co-Defendant be present as well as her attorney Britt Cobb. Furthermore there is sensitive information involving Mr. Bryan Fields that I wish to have fully placed on the record so his limited participation is requested too. The hearing is being requested Ex Parte because their have been concerns going back months before trial about possible partiality in regard to our assigned Judge. I simply wish to ensure that the conflict hearing, information spoken about within, or anything else at all can't possibly be a cause for further prejudice to these proceedings. Mr. Glover attempted to contact me via 3rd party (Sgt. Rodgers of Wash Co Jail) whom in turn instructed me to call my attorney over an internet based monitored line. This is unacceptable, and simply more reason for immediate substitution of counsel. I fear for the future with the way things are being allowed to proceed. Please help me immediately, my medical + mental health treatment is even worse since I've been sent here. Staff have openly told me that Fed inmates get sent here when "they open their mouths too loud..." I don't want to perish man please...

Respectfully Submitted, (12-3-25)
Derek P. Bernard Jr.
Derek P. Bernard Jr.

FOREVER / USA

Attn: Clerk of Court
Alfred Federal District Courthouse
901 19th Street
Denver, Co 80204

(LEGAL)

80254-250055

**NOTICE!**
This correspondence was mailed from an institution operated by the Washington County Sheriff's Office. Its contents are uncensored.

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131

© USPS 2022