IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 24-cr-00320-RMR-1 | Date: January 8, 2026 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Jessica Anderson |

| _Parties:_ | _Counsel:_ |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| 1. DERRICK PATRICK BERNARD, | A. Tyrone Glover, Jr. |
| Defendant. | |

## COURTROOM MINUTES

### *EX PARTE* MOTION HEARING

**3:14 p.m.    Court in session.**

Appearances of counsel. Defendant is not present. Counsel for the Government is not present.

The Court finds that Defendants presence is not required at this hearing, and that Defendant has waived his presence as he refused to be transported.

**ORDERED:** Counsel for Defendant shall provide a copy of the Courtroom Minutes and a transcript of this hearing to the Defendant.

Discussion regarding the Motion to Withdraw and for Appointment of Substitute Counsel [ECF No. 256].

**ORDERED:** For the reasons stated on the record, the Motion to Withdraw and for Appointment of Substitute Counsel [ECF No. 256] is DENIED.

**ORDERED:** Defendant is permitted to submit any direct sentencing arguments or objections to Mr. Glover 3-weeks prior to scheduled sentencing. Mr. Glover shall file all documents with the Court.

**3:28 p.m.**     **Court in recess.**

Hearing concluded.
Total time in court:    00:14