IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00320-RMR-1

UNITED STATES OF AMERICA,

     Plaintiff,

v.

   1.  DERRICK PATRICK BERNARD

     Defendants.

---

## GOVERNMENT'S MOTION TO CONTINUE SENTENCING HEARING

---

Sentencing in this matter is set for March 25, 2026, at 3:00 p.m. One of the attorneys of record in this matter has long-established plans to be away with family that week, which falls within the Spring Break school holiday for a local school district. Another has been summoned for a mandatory nationwide coordination meeting scheduled for that same week. The government certainly understands that duties and obligations to the Court take precedence — an attorney for the government can be made available on that day — but the government respectfully asks for a continuance or, in the alternative, a sentencing date prior to the week of March 23. The week of March 30, 2026 is Spring Break for Denver Public Schools, which may create other conflicts.

. . . .

. . . .

. . . .

. . . .

1

The government has consulted with counsel for the defendant.    He does not oppose the government's motion.

Respectfully submitted,

PETER MCNEILLY
United States Attorney

By:    */s Bryan Fields*             By:    /s *Candyce Cline*
Bryan Fields                          Candyce Cline
Assistant United States               Assistant United States
Attorney                              Attorney
U.S. Attorney's Office                U.S. Attorney's Office
1801 California St. Suite 1600        1801 California St. Suite 1600
Denver, CO 80202                      Denver, CO 80202
(303) 454-0100                        (303) 454-0100
Bryan.Fields3@usdoj.gov               Candyce.Cline@usdoj.gov
Attorney for the Government           Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on 3rd day of February, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

*s/ Bryan Fields*
United States Attorney's Office